1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE WEST CORPORATION, a Delaware corporation,<br><br>      Plaintiff,<br><br>  vs.<br><br>CITY OF AGOURA HILLS, a public entity organized and existing under the laws of the State of California; and the CITY COUNCIL OF THE CITY OF AGOURA HILLS,<br><br>      Defendants. | Case No: CV 09-9077 DSF (PJWx)<br><br>**[JOINT PROPOSED] JUDGMENT AND ORDER**<br><br>Hon. Dale S. Fischer |

1   IT IS ORDERED, ADJUDGED, AND DECREED THAT judgment is entered in
2  favor of Plaintiff T-Mobile West Corporation and against Defendants City of Agoura
3  Hills and the City Council of the City of Agoura Hills ("City") on the Second Claim for
4  Relief for violation of 47 U.S.C. § 332(c)(7)(B)(i)(II).
5   IT IS FURTHER ORDERED THAT on or before the later of January 19, 2011 or
6  30 days after entry of Judgment, Defendants shall issue the subject conditional use permit
7  (Case No. 07-CUP-007) for Plaintiff's proposed wireless telecommunications facility at
8  5844 Larboard Lane, on the grounds of the Lindero Canyon Middle School in the City of
9  Agoura Hills, subject to the standard and special conditions of approval attached as
10 Exhibit 1 hereto and incorporated herein by this reference.
11   Costs are awarded to Plaintiff.
12   **IT IS SO ORDERED.**

Dated: December 20, 2010   *[signature: Dale S. Fischer]*

Hon. Dale S. Fisher
UNITED STATES DISTRICT COURT JUDGE

# EXHIBIT 1

EXHIBIT 1 TO JUDGMENT AND ORDER

# STANDARD AND SPECIAL CONDITIONS OF APPROVAL
# (CASE NO. 07-CUP-007 APPEAL)

## STANDARD CONDITIONS

1. This action shall not be effective for any purpose until the applicant has agreed in writing that the applicant is aware of, and accepts all Conditions of Approval of this Permit with the Department of Planning and Community Development.

2. Except as modified herein, the approval of this action is limited to and requires complete confirmation to the approved Site Plan, Elevation Plans, and Equipment Details Plans.

3. It is further declared and made a Condition of this action that if any Condition herein is violated, the permit shall be suspended and the privileges granted hereunder shall lapse; provided that the applicant has been given written notice to cease such violation and has failed to do so within thirty (30) days.

4. All requirements of the Zoning Ordinance and of the specific zoning designation of the subject property must be complied with unless set forth in the Permit or on the approved Site Plan.

5. For construction within public right-of-way, an encroachment permit is required in accordance with Agoura Hills Municipal Code. All required applicable fees, securities, and insurance must be posted prior to issuance of the encroachment permit.

6. The SWPPP shall be prepared in compliance with the Development Construction Model Program for Stormwater Management within the County of Los Angeles, and shall be subject to approval by the City Engineer. The SWPP shall identify pollutant sources, and shall include design and recommend construction and implementation of stormwater pollution prevention measures in order to reduce pollutants in stormwater discharges from the construction site during the construction period, and after construction as required.

7. Operation of the use shall not be granted until all Conditions of Approval have been complied with as determined by the Director of Planning and Community Development.

8. Unless this permit is used within two (2) years from the date of City approval, these permits will expire. A written request for a one-year extension may be considered prior to the expiration date.

9. It is the responsibility of the applicant and/or his or her representatives to report to the City any changes related to any aspects of the construction prior to undertaking the changes.

**SPECIAL CONDITIONS**

10. Prior to the issuance of building permits, all requirements of the Los Angeles County Fire Department shall be satisfied.

11. Only one 45-foot tall antenna flag pole is approved and shall be painted to blend with the colors of the surrounding buildings.

12. The proposed equipment shall be screened from public view with a masonry equipment enclosure to match the existing retaining wall finish and approved by the Director of Planning and Community Development.

13. No wire or cable shall be visible on the outside of the equipment shelter. All wires and cables shall be located inside the new antenna flag poles.

14. The antenna installation shall comply with Federal Communication Commission regulations, the National Electric Code, the American National Standard Institute, Public Utilities Code, and any applicable published federal standards that pertain to electromagnetic field exposure limits and the safe installation and maintenance of electric and radio frequency equipment.

15. Upon installation of the facility, the applicant shall provide written verification to the Director of Planning and Community Development that the antennas installation complies with Federal Communication Commission regulations, the National Electric Code, the American Standards Institute, Public Utilities Code, and any applicable published federal standards that pertain to electromagnetic field exposure limits and the safe installation and maintenance of electric and radio frequency equipment.  The power levels of each antenna shall be verified by the applicant and provided to the Director of Planning and Community Development.

16. If any future inspection discloses that the subject property is being used in violation of any one of the Conditions of Approval, the applicant shall be financially responsible and shall reimburse the City of Agoura Hills for all additional enforcement efforts necessary to bring the subject use into compliance.

17. The antennas and appurtenant equipment shall be removed from the property within 60 days in the event the wireless telecommunication facility ceases operation.

18. If any circumstance or change to the site results in greater visibility of the facility, the approval of this Conditional Use Permit shall be subject to re-evaluation which

may result in the revocation of the Conditional Use Permit or modifications to the Conditions of Approval.

19. As part of the approval, the Planning Department must receive from the applicant a copy of the notice of completion registered with the State Public Utility Commission.

20. Compliance with the Federal Communication Commission and the Public Utilities Code emission regulations and standards is a condition of this permit, and any noncompliance, if not cured within 72 hours of written notice provided to the applicant, may result in a revocation proceeding instituted by the City.

21. The applicant shall plant screening shrubs as directed by and to the satisfaction of the City Landscape Consultant. Final landscape plans shall be subject to review and approval by the Director of Planning and Community Development prior to issuance of a building permit.